| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Guzman, Ronald A | 2. Court or Organization Northern District of Illinois | 3. Date of Report 5/14/2007 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Article III Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2006 to 12/31/2006 |
| 7. Chambers or Office Address 219 S. Dearborn St. Chambers 1278 Chicago, Il 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2007 MAY 16 A 11:43 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2006 | College of DuPage |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Guzman, Ronald A | 5/14/2007 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Club privileges at a rate reduced from full membership. | $1,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Fifth Third | A | Interest | J | T | None | | | | |
| 2.   Franklin Federal Tax Free Inc. Fund | A | Interest | J | T | None | | | | |
| 3.   Walgreen Co. Common Stock | A | Dividend | K | T | None | | | | |
| 4.   MSDW Div. Grth Securities A | A | Dividend | J | T | None | | | | |
| 5.   MSDW Div. Grth Securities A ● | A | Dividend | J | T | None | | | | |
| 6.   Tellabs Inc. Delaware | | | J | T | None | | | | |
| 7.   American Capital Income Builder Mutual Stock Fund ● | A | Dividend | J | T | None | | | | |
| 8.   MSDW Global Utilities ● | A | Dividend | | | merger<br>redem | 12/8 | J | | |
| 9.   Utilities Fund A ● | | | J | T | merger<br>purch | 12/8 | J | | |
| 10. | | Dividend | | | | | | | |
| 11.   American Opportunities Fund A | A | Dividend | | | conversion | July | J | | |
| 12.   MS Div Grwth Securities A | A | Dividend | J | T | conversion | July | J | | |
| 13.   MSDW Money Market | A | Interest | J | T | None | | | | |
| 14.   MSDW American Opportunites Fund A&B ● | A | Dividend | | | conversion | July | J | | |
| 15.   Focus Growth Fund A ● | A | Dividend | J | T | conversion | July | J | | |
| 16.   Focus Growth Fund B ● | A | Dividend | J | T | conversion | July | J | | |
| 17.   Alcatel-Lucent ● | A | Dividend | J | T | None | | | | |
| 18.   Agere Sys Inc. ● | A | Dividend | J | T | None | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Viacom Inc. New Class B | A | Dividend | J | T | Sell /Exch | Jan | J | | |
| 20. Viacom Inc. B | A | Dividend | | | Sell / Exch | Jan | J | | |
| 21. CBS Corp New Class B | A | Dividend | J | T | Recei /<br>Exch | Jan | J | | |
| 22. Viacom Inc. New Class B | A | Dividend | J | T | Recei /<br>Exch | Jan | J | | |
| 23. MSDW Money Market | A | Interest | J | T | None | | | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Guzman, Ronald A | 5/14/2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Guzman, Ronald A | 5/14/2007 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Guzman, Ronald A | 5/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                               Date  5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544